# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-06476

Sheriff's Sale Date: _____

v.

TRVOR L. GREEN AKA TREVOR GREEN; et al.
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: ORDER, SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served TREVOR L. GREEN AKA TREVOR GREEN the above process on the 10 day of April, 2017, at 12:23 o'clock, PM, at 4837 N. 7TH ST. PHILADELPHIA, PA 19120, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_
County of _Berks_
) SS:
)

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me this _11_ day of _April_, 20_17_.

_____
Notary Public

File Number: USA-160063
Case ID #: 4856971

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO – Britni Augustin

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
|---|---|---|---|---|---|---|
| | Sequence Number<br>6164-1 | | | Class of Mail<br>Mixed | | |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703772699174<br>9171999991703772699174 | GREEN, TREVOR L. AKA TREVOR GREEN<br>1116 Lindley Ave<br>Apt. 1<br>Philadelphia, PA 19141 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699181<br>9171999991703772699181 | GREEN, TREVOR L. AKA TREVOR GREEN<br>3729 N. Sydenham Street<br>Philadelphia, PA 19140 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699198<br>9171999991703772699198 | GREEN, TREVOR L. AKA TREVOR GREEN<br>4837 N. 7th St.<br>Philadelphia, PA 19120 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699204<br>9171999991703772699204 | LINDA DOWLING<br>1517 N 29th Street<br>Philadelphia, PA 19121 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699211<br>9171999991703772699211 | DOMMEL, MICHELLE L.<br>5558 Bossler Road<br>Elizabethtown, PA 17022 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699228<br>9171999991703772699228 | DOMMEL, MICHELLE L.<br>424 Nottingham Avenue<br>Lancaster, PA 17601 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703772699235<br>9171999991703772699235 | DOMMEL, MICHELLE L.<br>136 Penn Oak Drive<br>Bainbridge, PA 17502 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals | 7 | | 4.93 | 33.95 | | | 38.89 |
| Cumulative Totals | 7 | | 4.93 | 33.95 | | | 38.89 |

USPS CERTIFICATION

Total Number Of Pieces Received _____

_____   Round Stamp _____
Signature of Receiving Employee

PS Form 3877 (Facsimile)      Extra Service Codes:
                              C     Certified
                              ERR   Return Receipt

| | | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt | Handling Charge | Actual Value If Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|

Name and Address of Sender
**KML LAW GROUP, P.C.**
**SUITE 5000**
**701 MARKET STREET**
**PHILADELPHIA, PA**
**19106-1532**

Check type of mail or service;
☐ Certified     ☐ Recorded Delivery (International)
☐ COD          ☐ Registered
☐ Delivery Confirmation   ☐ Return Receipt for Merchandise
☐ Express Mail           ☐ Signature Confirmation
☐ Insured

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee |
|---|---|---|---|---|
| 1. | TO | TREVOR GREEN AKA TREVOR GREEN GREEN, TREVOR L. AKA TREVOR GREEN 4837 N. 7th St. Philadelphia, PA 19120 | | |
| 2. | | | | |
| 3. | TO | TREVOR GREEN AKA TREVOR GREEN GREEN, TREVOR L. AKA TREVOR GREEN 3729 N. Sydenham Street Philadelphia, PA 19140 – 3625 | | |
| 4. | | | | |
| 5. | TO | TREVOR GREEN AKA TREVOR GREEN GREEN, TREVOR L. AKA TREVOR GREEN 1116 Lindley Ave Philadelphia, PA 19141 – 3542 | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

U.S. POSTAGE ≫ PITNEY BOWES
ZIP 19106  $ 001.46⁰
02 1W
0001391829 APR 07 2017

| Total Number of Pieces Listed by Sender (3) | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | Complete by Typewriter, Ink, or Ball Point Pen |
|---|---|---|---|

PS Form **387**, February 2002 (Page 1 of 2)

See Privacy Act Statement on Reverse

USA-160063    Philadelphia County    Sale Date:

TREVOR L. GREEN AKA TREVOR GREEN

PCO - Bintini Augustin