## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

                           Plaintiff

    v.

                                        No. 16-06476

TREVOR L. GREEN AKA TREVOR GREEN,

                           Defendant

### DEFAULT JUDGMENT

AND NOW, this ____9th____ day of ____May_____, 2017, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Education, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Thursday, December 15, 2016 and, after due service of process on Defendant, TREVOR L. GREEN AKA TREVOR GREEN, according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Education, and against Defendant, TREVOR L. GREEN AKA TREVOR GREEN, in the amount of $3,620.99.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

Date:    May 9, 2017

                                      Clerk, United States District Court
                                      EasternDistrict of Pennsylvania

                   By:    __s/ Terry Milano_____
                                  Deputy Clerk